**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CV-60774-RAR**

**ANNA BARTHA**,

Plaintiff,

v.

**MOCA LLC,** *et al.*,

Defendants.
_______________________________________/

**ORDER ADMINISTRATIVELY CLOSING CASE**

**THIS CAUSE** came before the Court for a status conference on May 31, 2022. [ECF No. 8]. The parties discussed the claims at issue and indicated that the parties are in the process of negotiating a resolution to the case. The Court finds that the favorable prospect of settlement supports granting the parties the necessary time to finalize such an agreement. Accordingly, the Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal within **sixty (60) days** of the date of this Order.

2. If the parties fail to complete the expected settlement within the allotted time, they shall file a Joint Status Report **seven (7) days** prior to the expiration of the sixty (60) day stay indicating that additional time is required to complete their negotiations.

3. Alternatively, either party may request that the Court reopen the case and restore it to the active docket if settlement negotiations are ultimately unsuccessful.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT**. All pending deadlines are terminated.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 31st day of May, 2022.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**