UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:22-cv-60774-RAR

ANNA BARTHA,

Plaintiff,

vs.

MOCA LLC, *in personam*, and
M/Y *MOCA*, a 65-meter Benetti motor yacht registered with the Cayman Islands Shipping Registry as Official Number 747107 and IMO Number 9695262, her engines, tenders, tackle, apparel and appurtenances, *in rem*,

Defendants.
__________________________________________/

**PLAINTIFF'S UNOPPOSED MOTION TO DROP WITHOUT PREJUDICE JOSEPH MOINIAN, NAZEE MOINIAN, AND HILL ROBINSON INTERNATIONAL, INC. FROM THIS LAWSUIT**

Pursuant to Fed. R. Civ. Proc. 21, Plaintiff, Anna Bartha, moves the Court to enter an Order that drops without prejudice Joseph Moinian, Nazee Moinian, and Hill Robinson International, Inc. , from this lawsuit and shows:

1. On October 11, 2022 the parties filed a Joint Status Report that contains numerous stipulations to narrow the issues and streamline the litigation. See ECF No. 14, ¶¶ 4 through 10.

2. On October 11, 2022, Assuranceforeningen Skuld ("Skuld") issued a Letter of Undertaking ("LOU") in favor of Plaintiff, Anna Bartha, to serve as

substitute security for the *in rem* Defendant, M/Y *Moca*, and dispense with the formal arrest of the Yacht. See ECF No. 18-1.

3. Given the stipulations made by Defendant, Moca LLC, and Skuld's LOU, Plaintiff, Bartha, wants to drop without prejudice Joseph Moinian, Nazee Moinian, and Hill Robinson International, Inc., from this lawsuit.

4. On October 21, 2022, Plaintiff filed a Verified Amended Complaint [ECF No. 17] which did not allege causes of action against Joseph Moinian, Nazee Moinian, and Hill Robinson International, Inc. In essence, Plaintiff has effectively dropped the Moinians and Hill Robinson from this action by not alleging claims against them in the Verified Amended Complaint, and for the sake of good order, Plaintiff files this unopposed motion to have the Court issue an Order dropping them without prejudice from the suit.

5. **CERTIFICATE OF CONFERRAL:** Plaintiff's counsel discussed the relief described herein with Defendants' counsel. Defendants do not object to the requested relief.

WHEREFORE, Plaintiff, Anna Bartha, moves the Court to drop without prejudice Joseph Moinian, Nazee Moinian, and Hill Robinson International, Inc., from this lawsuit.

DATED: October 24, 2022.

Respectfully submitted,

By: */s/ Farris J. Martin, III*
FARRIS J. MARTIN, III
Florida Bar No.: 879916

JAMES W. STROUP
Florida Bar No.: 842117
STROUP & MARTIN, P.A.
119 Southeast 12th Street
Fort Lauderdale, Florida 33316
Telephone: (954) 462-8808
Facsimile: (954) 462-0278
E-mail: fmartin@strouplaw.com
E-mail: jstroup@strouplaw.com
*Counsel for Plaintiff, Anna Bartha*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with this Court's CM/ECF docketing system this 24th day of October, 2022, and that it is being served via CM/ECF on the counsel of record shown on the Service List.

By: */s/ Farris J. Martin, III*
FARRIS J. MARTIN, III
Florida Bar No.: 879916

## SERVICE LIST

Darren Friedman, Esq.
Cecile von Batemberg, Esq.
Foreman Friedman, P.A.
2 South Biscayne Boulevard
Suite 2300
Miami, Florida 33131
Telephone: (305) 358-6555
Email: dfriedman@fflegal.com
Email: cvbatemberg@fflegal.com
*Counsel for Defendants*