UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.: 0:22-cv-60774-RAR

ANNA BARTHA,

    Plaintiff,

vs.

MOCA LLC, *in personam,* and
M/Y *MOCA*, a 65-meter Benetti motor yacht registered with the Cayman Islands Shipping Registry as Official Number 747107 and IMO Number 9695262, her engines, tenders, tackle, apparel and appurtenances, *in rem*,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, ANNA BARTHA, and Defendants, MOCA LLC and M/Y MOCA ("Parties"), by and through their respective undersigned counsel, hereby jointly file this Notice of Settlement advising the Court that the parties have reached an agreement in this matter. The parties agree that the Court shall retain jurisdiction to enforce the terms of settlement. The parties respectfully request forty-five (45) days to finalize their settlement documents and file a Joint Stipulation for Dismissal with the Court.

Dated: March 14, 2023
      Miami, Florida            Respectfully submitted,

| /s/ Farris J. Martin, Esq. | /s/ Darren Friedman, Esq. |
|---|---|
| Farris J. Martin, III, Esq.<br>fmartin@strouplaw.com<br>James W. Stroup, Esq.<br>jstroup@strouplaw.com | Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>kfehr@fflegal.com<br>Darren Friedman, Esq. |

**FOREMAN FRIEDMAN, PA**, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077

| | |
|---|---|
| Stroup & Martin, P.A.<br>119 Southeast 12th Street<br>Fort Lauderdale, FL 33316<br>Phone: (954) 462-8808<br>*Attorney for Plaintiff* | dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>Cecile von Batemberg, Esq.<br>cvbatemberg@fflegal.com<br>Foreman Friedman, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Phone: 305-358-6555 / Fax: 305-374-907<br>*Attorneys for Defendants, Moca LLC and M/Y Moca* |

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this March 14, 2023. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Darren Friedman*
Darren Friedman, Esq.

## SERVICE LIST

| | |
|---|---|
| Farris J. Martin, III, Esq.<br>fmartin@strouplaw.com<br>James W. Stroup, Esq.<br>jstroup@strouplaw.com<br>Stroup & Martin, P.A.<br>119 Southeast 12th Street<br>Fort Lauderdale, FL 33316<br>Phone: (954) 462-8808<br>*Attorney for Plaintiff* | Jeffrey E. Foreman, Esq.<br>jforeman@fflegal.com<br>kfehr@fflegal.com<br>Darren Friedman, Esq.<br>dfriedman@fflegal.com<br>sargy@fflegal.com<br>lvargas@fflegal.com<br>Cecile von Batemberg, Esq.<br>cvbatemberg@fflegal.com<br>Foreman Friedman, PA<br>One Biscayne Tower, Suite 2300<br>2 South Biscayne Boulevard<br>Miami, FL  33131<br>Phone: 305-358-6555 /Fax: 305-374-907<br>*Attorneys for Defendants, Moca LLC and M/Y Moca* |

**FOREMAN FRIEDMAN, PA, 2 South Biscayne Boulevard, Miami, FL 33131 Tel: 305-358-6555 / Fax: 305-374-9077**