UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CV-60774-RAR

**ANNA BARTHA**,

    Plaintiff,

v.

**MOCA LLC,** *et al.*,

    Defendants.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 54] ("Stipulation"), filed on April 6, 2023. The Court having reviewed the Stipulation, the record, and being otherwise fully advised, it is hereby

  **ORDERED AND ADJUDGED** as follows:

1. This case is hereby **DISMISSED** *with prejudice* with each party to bear its own costs and attorneys' fees.

2. Assuranceforeningen Skuld's Letter of Undertaking dated October 11, 2022 [ECF No. 18-1] is extinguished and of no legal effect.

3. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 6th day of April, 2023.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**